PS 40a
(REV. NCWP 5/06)

UNITED STATES DISTRICT COURT

# NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

TO: Immigration and Customs Enforcement - DRO
Field Office Directory, Atlanta
77 Forsyth St., SW, Suite 117
Atlanta, GA 30303

FROM: U.S. Probation Office
200 S. College Street, Suite 1650
Charlotte, NC 28202-2005

FILED
CHARLOTTE, NC
JUN - 5 2007
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

☒ Original Notice
Date: May 31, 2007
BY: Deborah S. Fackrell

☐ Disposition of Original Notice
Date: _____
BY: _____

Defendant: Pileggi, Giuseppe
Date of Birth: 06-22-1960
SSN: None

Case Number: 3:06cr151-01-W
Place of Birth: Montreal Canada

NOTICE OF COURT ORDER (Order Date: 5-31-2007)

*SO ORDERED, this 31st day of May, 2007,*
*Carl Horn, III*
*U.S. Magistrate Judge*

☒ The above-named defendant surrendered Passport Number BA134386 (Issuing Country Canada) to the custody of the U.S. Probation Office on 5-22-2007.

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

☐ Defendant not convicted — Document returned to defendant.

☐ Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted — Document and copy of Judgment enclosed.

Distribution
Original to Case File
Immigration and Customs Enforcement
Defendant (or representative)