PS 40a
(REV. NCWP 5/06)

UNITED STATES DISTRICT COURT

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

| | |
|---|---|
| TO: Immigration and Customs Enforcement - DRO<br>Field Office Directory, Atlanta<br>77 Forsyth St., SW, Suite 117<br>Atlanta, GA 30303 | FROM: U.S. Probation Office<br>200 S. College Street, Suite 1650<br>Charlotte, NC 28202-2005 |

FILED CHARLOTTE, NC
JUN - 5 2007
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

☒ **Original Notice**  ☐ **Disposition of Original Notice**

Date: May 31, 2007              Date: _____

BY: Deborah S. Fackrell        BY: _____

Defendant: Pileggi, Giuseppe        Case Number: 3:06cr151-01-W

Date of Birth: 06-22-1960            Place of Birth: Montreal Canada

SSN: None

**NOTICE OF COURT ORDER** (Order Date: 5-31-2007)

*SO ORDERED, this 31st day of May, 2007,*
*Carl Horn, III*
*U.S. Magistrate Judge*

☒ The above-named defendant surrendered Passport Number BA134386 (Issuing Country Canada) to the custody of the U.S. Probation Office on 5-22-2007.

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

☐ Defendant not convicted — Document returned to defendant.

☐ Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted — Document and copy of Judgment enclosed.

Distribution
Original to Case File
Immigration and Customs Enforcement
Defendant (or representative)