IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr151

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| GIUSEPPE PILEGGI (1) | ) | |
| | ) | |

THIS MATTER is before the Court upon remand from the Fourth Circuit Court of Appeals for additional proceedings. (Doc. No. 506: Opinion and Judgment).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have the defendant Giuseppe Pileggi (Reg. No. 21289-058) present in Charlotte, North Carolina forthwith, but not later than October 4, 2010, at 9:45 a.m. for a sentencing hearing.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Marshal Service, and the United States Probation Office for the Western District of North Carolina.

Signed: August 25, 2010

Robert J. Conrad, Jr.
Chief United States District Judge